```
BENJAMIN SERRATOS III  AM# 3717
P.O BOX    7500
CRESCENT CITY, CA. 95532
```

FILED
JAN 12 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURTS

EASTERN DISTRICT SACRAMENTO

BENJAMIN SERRATOS III (PRO-PER)  )  COA CASE# C085888
                                 )  Superior# SF115116A
          V.                     )
                                 )
                                 )  PETITIONER MOTIONS FOR A
STATE OF CALIFORNIA              )  STAY AND ABEYANCE.

2:18 - CV  0077  KJN

Petitioner respectfully comes before this court requesting a STAY AND ABEYANCE.

Petitioner seeks a STAY AND ABEYANCE in order to exhaust claims in lower State Court, and obtain an Evidentiary hearing.

On November 8, 2017 Petitioner filed a petition for Writ of Habeas Corpus in the Court of Appeals Third Appellate District and in The Supreme Court of California.( C085888- S245495).

The Court of Appeals Third Appellate District Denied petition without prejudice to filing in the Superior Court (In re Steele (2004) 32 Cal.4th 682,692; In re Hillary (1962) 202 Cal App.2d 293)

This case involves unique and complex issues of constitutional Dimensions, and catogorized as (Miscarriage of Justice).

There has been no State Evidentiary Hearing and in the interest of Judicial Economy the issues raised are suited for State response. (See Memorandum Points & Authorities in support of a Stay and Abeyance of the Habeas Corpus Petition. Attached).

Issueas involve the Destruction of Exculpatory Evidence, and the restriction and surpression of Exculpatory Evidence,.

Petitioner is a layman at law but seeks to utilize the current petition as the vehicle to alert the court to his claims for relief.

Petitioner request the court exercise its discretion and provide a protective order Stay and Abey the Habeas Corpus petition filed in the lower state court Superior Court of California County of San Joaquin.

Precedent authority under "Rhines" is remedial, in that it protects petitioners right to bring all of his claims before the court in one cognizable petition.

In order for petitioner to abide by court rules and not incur any potential procedure violations and untimely ruling, petitioner moves the court for a motion for Stay and Abeyance in order for petitioner to exhaust claims and obtain a reasoned response in the lower court, or what should be provided ultimately an Evidentiary Hearing.

VERIFICATION

The foregoing is true and correct and made under penalty of perjury on 12/5/2017. At Crescent City, California.

Respectfully Submitted,



Benjamin Serratos III

Court of Appeal, Third Appellate District
Andrea K. Wallin-Rohmann, Clerk/Administrator
Electronically FILED on 11/21/2017 by B. Reece, Deputy Clerk

IN THE
# Court of Appeal of the State of California
## IN AND FOR THE
## THIRD APPELLATE DISTRICT

In re BENJAMIN SERRATOS III on Habeas Corpus.

Case No.   C085888

BY THE COURT:

The petition for writ of habeas corpus is denied without prejudice to filing in the superior court.   (*In re Steele* (2004) 32 Cal.4th 682, 692; *In re Hillery* (1962) 202 Cal.App.2d 293.)

BLEASE, Acting P.J.

--------------------------------

cc: See Mailing List