BENJAMIN SERRATOS (AM 3717)
P.O BOX         7500
CRESCENT CITY CA.   95532

(PRO PER)

**FILED**
MAR 2 3 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN SERRATOS III | NO: 2;18-cv-00077-MCE-KJN |
|     Petitioner | |
| V. | NOTICE OF EXHAUSTION |
| PEOPLE OF THE STATE OF CALIFORNIA | |
|     Respondent | |

Pursuant to court order dated 3/6/2018   2:18-cv-00077-MCE-KJN P

A Notice of Exhaustion is hereby provided.

Respectfully Submitted

BENJAMIN SERRATOS III
Petitioner (Pro Per)