XAVIER BECERRA, State Bar No. 118517
Attorney General of California
TAMI M. KRENZIN, State Bar No. 183925
Supervising Deputy Attorney General
DARREN K. INDERMILL, State Bar No. 252122
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7689
  Fax: (916) 324-2960
  E-mail: Darren.Indermill@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BENJAMIN SERRATOS III,** | 2:18-cv-00077-MCE-KJN |
| Petitioner, | **REQUEST TO WITHDRAW MOTION TO DISMISS AND SET BRIEFING SCHEDULE** |
| v. | |
| **PEOPLE OF THE STATE OF CALIFORNIA,** | |
| Respondent. | |

Petitioner filed his federal habeas petition in this action on January 12, 2018. (Dkt. 1.) On May 4, 2018, Respondent moved to dismiss this federal habeas action on the ground that it was filed one month after the statute of limitations expired. (Dkt. 17.) Petitioner filed his opposition asserting that he was part of the restricted custody general population (RCGP) and had "limited or no access to the Law Library" "throughout [his] confinement." (Dkt. 20 at 4-6.) He also seeks to have his first and second state habeas corpus petitions constructively filed on November 7, 2017, the date he gave them to law library staff for duplicating and mailing. (Dkt. 20 at 5-7, 15-16.) Petitioner alleges that his late filing was caused by library staff being inadequately trained on the AEDPA. (Dkt. 20 at 6.) He claims that his three state court filing should be treated as one

timely and orderly round entitling him to additional tolling, including gap tolling.  (Dkt. 20 at 8-9.)  Petitioner also maintains that he did not have access to his legal papers because three boxes of legal documents were rejected by the prison mailroom.  (Dkt. 20 at 10-11.)  He argues that a petition filed with the Los Angeles County District Attorney's Office Conviction Review Unit should be treated as a state collateral review action capable of tolling the limitations period.  (Dkt. 20 at 1, 42-48.)  In light of Petitioner's assertions, Respondent, without conceding any issues, hereby moves to withdraw his motion to dismiss.  Respondent respectfully requests this Court issue a briefing schedule setting Respondent's merits response due sixty days from the date of this Court's ruling on this request.

Dated:  August 17, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
TAMI M. KRENZIN
Supervising Deputy Attorney General

/S/ DARREN K. INDERMILL
DARREN K. INDERMILL
Deputy Attorney General
*Attorneys for Respondent*

SA2018300837
33519810.docx

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **Serratos v. People**
No.:        **2:18-cv-00077-MCE-KJN**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On August 17, 2018, I served the attached **Request to Withdraw Motion to Dismiss and Set Briefing Schedule** by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Benjamin Serratos, III
CDCR No. AM-3717
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA  95532-7500

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 17, 2018, at Sacramento, California.

| M. Sanchez | /S/ M. SANCHEZ |
|---|---|
| Declarant | Signature |

SA2018300837
33520184.docx