UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN SERRATOS, III,<br><br>Petitioner,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Respondent. | No. 2:18-cv-0077 MCE KJN P<br><br><br><br>ORDER |

Petitioner is a state prisoner, proceeding pro se and in forma pauperis, with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Various motions are pending, which are addressed seriatim.

Motion for Stay

On January 12, 2018, petitioner filed a motion for stay and abeyance while he pursued his habeas claims in state court.  Respondent was directed to respond to the motion at the time a response to the petition was filed.  However, on March 23, 2018, petitioner filed a notice of exhaustion, which renders petitioner's motion for stay moot.  Thus, the motion for stay is denied.

Motion to Dismiss

On May 4, 2018, respondent filed a motion to dismiss this action as barred by the statute of limitations.  However, on August 17, 2018, respondent moved to withdraw the motion in light of petitioner's assertions in his opposition to the motion, but without conceding any issues.

Further, respondent asks the court to issue a briefing schedule. Because petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's habeas petition.

Request for Appointment of Counsel[1]

On July 26, 2018, petitioner requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for stay (ECF No. 4) is denied as moot;

2. Respondent's request to withdraw the motion to dismiss (ECF No. 26) is granted, and the motion to dismiss (ECF No. 17) is withdrawn;

3. Petitioner's request for appointment of counsel (ECF No. 25) is denied without prejudice;

4. Respondent is directed to file a response to petitioner's habeas petition within sixty days from the date of this order. See Rule 4, 28 U.S.C. foll. § 2254. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, 28 U.S.C. foll. § 2254; and

5. Petitioner's reply, if any, shall be filed and served within thirty days after service of the answer.

Dated: August 21, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

serr0077.100

---

[1] Petitioner also requested an evidentiary hearing. Petitioner is advised that the court will address the issue of an evidentiary hearing after the matter is fully briefed.

2