1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12
**BENJAMIN SERRATOS III,**                    2:18-cv-0077 MCE KJN P
13
                                Petitioner,
14
        v.                                    ~~PROPOSED~~ ORDER
15
16
**PEOPLE OF THE STATE OF
CALIFORNIA,**
17
                                Respondent.
18
19
20      Good cause appearing, IT IS HEREBY ORDERED THAT:

21      1.  Respondent's motion for extension of time (ECF No. 29) is granted; and

22      2.  Respondent's responsive pleading to the petition for writ of habeas corpus shall be

23  filed on or before November 21, 2018.

24  Dated:  October 18, 2018

25

26  /serr0077.ext

27                                      KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE
28