BENJAMIN SERRATOS III
P.O BOX 7500
CRESCENT CITY, CA. 95532
(IN PRO-PER)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN SERRATOS III,
      Petitioner,

JAMES ROBERTSON, Acting Warden
      Respondent,

In Re : Clarification of court order dated (Aug. 21, 2018) Inre Respondents Motion to Withdraw/Dismiss Action (AEDPA)

FILED
DEC 07 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

( <u>THIS IS NOT PETITIONERS REPLY/TRAVERSE</u> )

TO CLERK OF THE COURT and or MAGISTRATE JUDGE KENDALL J. NEWMAN

On 11/26/2018 Respondents Answer to Writ of Habeas Corpus <u>2:18-cv-00077-MCE-KJN</u>, Respondents New Designation of Counsel, and Notice of Lodging of Documents were received.

Respondent does not specify why again there is a new designation counsel and nor addresses prior motion to withdraw and motion to dismiss action in re "Untimeliness" (AEDPA) which was granted and ordered by this court

Petitioner is requesting a clarification, and for Respondent to be refered to Court Order Dated ( August 21, 2018)

In addition Petitioner is requesting to ensure (2010) Bail hearing Transcripts and (2011) Preliminary Hearing Transcripts and all Counsels Motions to be lodged.

Respectfully,

Benjamin Serratos III
(In Pro-Per)