XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JUSTAIN P. RILEY, State Bar No. 214920
Deputy Attorney General
DAVID ANDREW ELDRIDGE, State Bar No. 172100
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7753
 Fax: (916) 324-2960
 E-mail: David.Eldridge@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BENJAMIN SERRATOS III,**<br><br>Petitioner,<br><br>v.<br><br>**JAMES ROBERTSON, Acting Warden,**<br><br>Respondent. | 2:18-cv-00077-MCE-KJN<br><br>**Response to Order (ECF 35)** |

Pending is Petitioner's Petition for Writ of Habeas Corpus (Petition, ECF 1), to which Respondent has filed an Answer (ECF 33) with electronic lodging of records (ECF 32, with attachments).  After the Answer, Petitioner filed a request seeking, inter alia, "to ensure (2010) Bail hearing Transcripts and (2011) Preliminary Hearing Transcripts and all Counsels Motions to be lodged."  (ECF 34.)  This Court has ordered that Respondent must "inform petitioner whether the notice of lodging included the documents referenced in petitioner's request."  (ECF 35 at 1.)

Respondent notes that sifting through hundreds or thousands of pages of a record, in an attempt to identify what is included therein, is inherently a chore for a litigant—or his counsel— who wishes to know what is included.  It is plain that this Court (a neutral party) has no "duty . . . to perform any legal 'chores' for the defendant that counsel would normally carry out." *Martinez*

*v. Court of Appeal of California, Fourth Appellate Dist.*, 528 U.S. 152, 162 (2000); *Pliler v. Ford*, 542 U.S. 225, 231 (2004) (same, for federal habeas petitioner).  It is thus even more plain that a Respondent (a party opposed to Petitioner, rather than neutral) could have such a duty, to be judicially invoked as a convenient alternative to this Court appointing counsel for Petitioner.

It would not necessarily have been abusive for this Court to seek this information for itself, even though this Court has its own staff.  But it is not apparent that this Court actually has interest in the information that it ordered Respondent to provide to Petitioner.  Respondent will assume this Court, in its effort to perform some proper judicial task, has an interest (even if not apparent) in the information that it has ordered Respondent to provide.

Respondent hereby informs the Court, as well as Petitioner, that:

1. What purports to be a Reporter's Transcript of a July 28, 2010 hearing, on matters that include bail review, was an exhibit as part of a habeas petition filed in California Court of Appeal case number C066232.  The Notice of Lodging, at item 22, reflects that the petition was lodged electronically with this Court.

2. The Reporter's Transcript of a March 28, 2011 preliminary hearing is included in the Clerk's Transcript from volumes 1 to 2.  The Notice of Lodging, at items 1 to 2, reflects that the volumes were lodged electronically with this Court.

3. Respondent's awareness of motions by Petitioner's trial counsel extends to those that were included in the appellate record Clerk's Transcripts.  The Notice of Lodging, at items 1 to 6, reflects that the volumes were lodged electronically with this Court.

Dated:  November 19, 2018

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
JUSTAIN P. RILEY
Deputy Attorney General

s\ *David Andrew Eldridge*
DAVID ANDREW ELDRIDGE
Deputy Attorney General
*Attorneys for Respondent*

SA2018300837
33706764.docx

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **Serratos v. Robertson, Acting Warden**     No.:  **2:18-cv-00077-MCE-KJN**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On December 18, 2018 I served the attached **Response to Order (ECF 35)** by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Benjamin Serratos III
AM-3717
Pelican Bay State Prison (7500)
PO Box 7500
Crescent City  CA  95532-7500

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 18, 2018 at Sacramento, California.

s\  *D. Eldridge*
Declarant