BENJAMIN SERRATOS #AM 3717
P.O BOX 7500
CRESCENT CITY, CA.
P.O BOX 7500
(In Pro-Per)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN SERRATOS III              2:18-cv-00077-MCE-KJN
          PETITIONER,
                                   APPLICATION FOR ENLARGEMENT
v.                                 OF TIME TO FILE TRAVERSE

ROBERTSON, ACTING WARDEN

          RESPONDENT,

**FILED**
DEC 2 1 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Petitioner, hereby moves this court for a 45-day enlargement time to file the Traverse/Reply to Respondent's Answer.

1.) Current due date:           Monday, December 24, 2018

Pursuant to the court's order entered on August 21, 2018. Petitioner was given 30 days to reply to Respondent's Answer

Respondents Answer arrived at the institution November 21, 2018 and was provided to Petitioner on November 26, 2018. November 22, 23 being Thanks-Giving "Holiday". The reply is currently due on December 24, 2018. December 25, 2018 bieng Christmas .

2.) Length of Requested Extension:              45 Days.

3.) New due date if extension granted:     February 07, 2019.

4.) Number of previous extensions by Petitioner:      NONE.

5.) <u>Reasons for extension request</u>:

a.] In September 2018, The California State Bar provided notification that it wasa in possession of Petitioners Case files/documents. The Cal. State Bar retrieved from a firm that was declared to be operating without appropriate licensing.

b.] Petitioner currently does not have these file/documents, and appear to be relevant inorder to reply to Respondents Answer [ In addition due to recent case rulings/law Petitioner needs to review these files because there may be a change in law that entitles Petitioner to relief.]

c.] In the last week access to law library has been canceled Petitoner does have "PLU STATUS" Priorty Legal User Status, however the facility has denied the access for the following reasons, Facility was on lockdown and in training early in the week, then LTA Law Library Technician MR.EWING stated there was an error in the scheduling of petitioner to law library and were not anticipating petitioner and therefore returned petitoiner to his housing, and than there was a weather issue power outage and once again law library was canceled. So the entire week was canceled.

d.] Petitioner is seeking lawyer /expert input on some issues including recent case law/changes in law, and attempting to obtain some outside research, Petitioner is relying on family to obtain and send this research material, mail in and out of prison is slow, the research sought is in support of the claims and Writ of Habeas Corpus .

Based on the forgoing, Petitioner respectfully requests an extension of 45 days, to and including February 07, 2019, within which to file Petitioner's Traverse and supporting documents.

Dated December 17, 2018            Respectfully submitted:

                                                        Benjamin Serratos.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN SERRATOS III, | 2:18-cv-00077-MCE-KJN |
| PETITIONER, | [Proposed] Order Granting Application for Enlargement of time to file Traverse |
| ROBERTSON, ACTING WARDEN | |
| RESPONDENT. | |

The court having reviewed Petitioner's Application for Enlargement of Time to file Traverse, and good cause appearing,

IT IS HEREBY ORDERED that the time within which to file the Traverse/Reply to Respondent's Answer is hereby extended until February 07, 2019.

SO ORDERED.

Dated:_____

_____
The Honorable Kendall J. Newman
U.S Magistrate Judge