UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN SERRATOS III,<br><br>    Petitioner,<br><br>    v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | No. 2:18-cv-0077 MCE KJN P<br><br>ORDER |

Petitioner is a state prisoner, proceeding pro se. On March 30, 2021, former counsel for petitioner, Jason Thomas Campbell, filed a "Notice of Appearance." (ECF No. 54.) Subsequently, former counsel filed a motion for extension of time to file objections.

Mr. Campbell is informed that under Local Rule 182(g), substitution of counsel is accomplished by seeking court approval for the substitution, not by filing a notice of appearance. Because petitioner is proceeding pro se, he must agree to the substitution in writing before the court can address the proposed substitution.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner is granted twenty-one days in which to file a proposed substitution of attorney; and

2. In addition to petitioner, the Clerk of the Court shall send a copy of this order to petitioner's former counsel, Jason Thomas Campbell.

Dated: May 11, 2021

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/serr0077.ins