AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __CALIFORNIA__

BENJAMIN SERRATOS III

Plaintiff (s),

V.

THE PEOPLE OF THE STATE OF CALIFORNIA

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:18cv0077 MCE KJN

Notice is hereby given that, subject to approval by the court, __BENJAMIN SERRATOS III__ substitutes
(Party (s) Name)

__JASON T. CAMPBELL__, State Bar No. __255445__ as counsel of record in
(Name of New Attorney)

place of __PRO SE__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: Jason Campbell
- Address: P.O. Box 2093
- Telephone: (415) 846-2646   Facsimile
- E-Mail (Optional): law.jcampbell@gmail.com

I consent to the above substitution.
Date: 5/22/2021
_____
(Signature of Party (s))

I consent to being substituted.
Date:
_____
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 5/27/2021
_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 5/22/2021   June 1, 2021
_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]