IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BENJAMIN SERRATOS III**, | Case No. 2:18-cv-0077 MCE KJN P |
| Petitioner, | **ORDER GRANTING PETITIONER SERRATOS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS** |
| v. | |
| **JAMES ROBERTSON**, Acting warden, | |
| Respondent. | |

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Rule 144, Petitioner filed a request for a 30-day extension of time to file his objections to the Magistrate Judge's Findings and Recommendations, up to and including June 16, 2021.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion (ECF No. 55) is granted; and

2. Petitioner's objections shall be filed on or before June 16, 2021.

Dated: June 3, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE