IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BENJAMIN SERRATOS III**, <br><br>Petitioner, <br><br>v. <br><br>**JAMES ROBERTSON**, Acting warden <br><br>Respondent. | Case No. 2:18-cv-0077 MCE KJN P <br><br>**ORDER GRANTING PETITIONER SERRATOS' THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS** |

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Rule 144, petitioner filed an unopposed request for a 30-day extension of time to file his objections to the Magistrate Judge's Findings and Recommendations, up to and including July 16, 2021.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion (ECF No. 61) is granted; and

2. Petitioner's objections shall be filed on or before July 16, 2021.

Dated:  June 15, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

serr0077.eot3